UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:17-cv-01954-JLS-DFM                                     Date: March 14, 2019
Title: Jeffrey Patel et al v. County of Orange et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS) (1) ORDER TO SHOW CAUSE RE: LATE OPPOSITION; (2) CONTINUING HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; AND (3) STRIKING DEFENDANTS' REPLY (Doc. 54)**

Before the Court is a Motion for Judgment on the Pleadings filed by Defendants the County of Orange, Gutierrez, Marquez, Park, and Hutchens. (Mot., Doc. 50.) The Motion is currently set for hearing on March 22, 2019, and thus, pursuant to Local Rule 7-9, Plaintiffs Patel and Clifford's Opposition was due on March 1, 2019. However, Plaintiffs did not file their Opposition (Opp., Doc. 53) until March 7, 2019.

Accordingly, the Court ORDERS Plaintiffs to show cause in writing, no later than March 18, 2019, (1) why their Opposition was filed late and (2) why Plaintiffs' counsel should not be sanctioned. Failure to timely and adequately respond may result in the imposition of sanctions, up to and including the dismissal of this action. Further, because Plaintiffs' Opposition was late, the Court CONTINUES the hearing on Defendants' Motion to May 24, 2019, at 10:30 a.m. Defendants may file their Reply[1] no later than fourteen (14) days before the new hearing date pursuant to Local Rule 7-10; no further briefing may be submitted.

Initials of Preparer: rrp

---

[1] Although Defendants filed a reply on March 12, 2019 (Doc. 54), the Court will allow Defendants to file a new reply brief because, due to Plaintiffs' late Opposition, they were not afforded the time contemplated by the Local Rules for preparing a reply. Thus, the Court STRIKES the currently filed reply.