Case No. 8:17-cv-01954-JLS-DFM                       Date: May 14, 2019
Title: Jeffrey Patel et al v. County of Orange et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PAY MONETARY SANCTIONS**

On March 21, 2019, the Court ordered Plaintiffs' counsel to pay $200 in monetary sanctions to the Court within 30 days. (*See* Doc. 57.) Plaintiff's counsel, however, has failed to pay such sanctions to the Court.

Accordingly, the Court ORDERS Plaintiffs' counsel to show cause regarding his failure to pay the monetary sanctions no later than three (3) days from the date of this Order. Payment of the sanctions within that time period shall constitute a sufficient response. Failure to timely respond to this Order will result in the imposition of additional monetary sanctions.

                                                                    Initials of Preparer: tg