**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JEFFREY PATEL, JEFFREY CLIFFORD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE, Deputy W. Gutierrez #3378, J. Marquez, Jason Park, Sandra Hutchens, AND DOES 1 – 10 INCLUSIVE<br><br>Defendants. | Case No. 8:17-CV-1954 JLS (DFMx)<br>The Hon. Honorable Josephine L. Staton<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

For good cause showing and pursuant to the Stipulation signed and filed by Plaintiffs JEFFREY PATEL and JEFFREY CLIFFORD (collectively herein after as "Plaintiffs") and Defendant COUNTY OF ORANGE, Deputy W. Gutierrez, J. Marquez, Jason Park, and Sandra Hutchens (collectively herein after as "Defendant"), (collectively "the parties"), by and through their attorneys of record:

///
///
///
///
///

1  IT IS HEREBY ORDERED:

2  **The entire action** – including all claims by the plaintiff against any and all
3  defendants, DOES and/or parties thereto, including all remaining claims against any
4  parties to the above entitled lawsuit is dismissed with prejudice. Pursuant to the
5  stipulation of the parties, this dismissal constitutes a mutual waiver of all costs, court
6  fees, and attorneys' fees arising out of claims between plaintiffs and defendants.

7  IT IS SO ORDERED.

9  DATED: April 27, 2020

JOSEPHINE L. STATON
Honorable Josephine L. Staton
JUDGE OF THE UNITED STATES
DISTRICT COURT